IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWITT,<br>    *Plaintiff*,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br>    *Defendant*. | No. 1:23-cv-11793-MJJ |

**DEFENDANT PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S
MOTION TO DISMISS COMPLAINT**

Defendant President and Fellows of Harvard College ("Harvard") respectfully moves to dismiss the Complaint filed by *pro se* Plaintiff Dan Howitt in its entirety. The Complaint should be dismissed because it fails to comply with the obligations to set forth a "short and plain statement" of each alleged claim "showing that the pleader is entitled to relief" in a manner that is "simple, concise, and direct." Fed. R. Civ. P. 8(a)(2) and (d)(1). The Complaint should also be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) because it fails to state any claim upon which relief can be granted.

In support of this Motion, Harvard submits an accompanying Memorandum of Law.

[*signature block on following page*]

Respectfully submitted,

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

By its attorneys,

*/s/ William W. Fick*
William Fick (BBO #650562)
Daniel N. Marx (BBO#674523)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
dmarx@fickmarx.com
abarsky@fickmarx.com
wfick@fickmarx.com

Dated: September 13, 2023

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I, William Fick, as counsel to Defendant President and Fellows of Harvard College, certify that counsel for Harvard conferred with *pro se* Plaintiff Dan Howitt and attempted in good faith to resolve or narrow the issues presented in this Motion.

*/s/ William Fick*
William Fick

### CERTIFICATE OF SERVICE

I, William Fick, as counsel to Defendant President and Fellows of Harvard College, certify that on September 13, 2023, I caused the foregoing Motion to Dismiss to be served by email upon *pro se* Plaintiff Dan Howitt at *dth055@g.harvard.edu*.[1]

*/s/ William Fick*
William Fick

---

[1] On August 7, 2023, Plaintiff advised counsel for Harvard that he does not wish to receive service by U.S. mail, because he does not currently have a regular address and would like to receive documents by email only.