UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket # 1.23CV11793MJJ

Dan Howitt, )
)
        Plaintiff, )
v. )
)
Harvard University, )
)
        Defendant. )

## MOTION FOR CONTEMPT OF COURT

    Per the below Exhibit 1, my subpoena for records was served to the defendant on 7/20/23, yet the defendant has not complied to any extent with the subpoena.  I would like to request that the defendant be held in contempt of court.
    Aside, regarding the content of my subpoena:  The pdf formatting of the subpoena is such that the sentences of my request for documents were not complete, but rather were partly cut-off by the pdf formatting during the process of filing it electronically with the court.  Below is the complete text.

"Since I currently do not have a consistent postal-address the below should (a) be sent to my above 2 email addresses or (b) placed on a USB Drive that I can obtain at your office or the Harvard police office. 1. Every Harvard Police & Harvard University record/report/email/document/file/photograph/video/audio/ court-filing//voicemail/postal -mail any other information of any kind, that in way relates to me, including all of the above that was sent/conveyed/ transmitted to the Harvard Police and Harvard University about me by all other sources, including by me. By "Harvard University" I mean every person and department of the university. By "Harvard Police" I mean every person of the Harvard police department. Provide the above as soon as possible."

Submitted by,

*/s/ Dan Howitt*

Dan Howitt
dth055@g.harvard.edu
857-247-0764
11/14/23

**CERTIFICATE OF SERVICE**
I Dan Howitt the plaintiff certify that on 11/14/23 I served this Motion to the attorney for the defendant, William Fick at wfick@fickmarx.com.

*/s/ Dan Howitt*
Dan Howitt

1

**EXHIBIT 1 (3 pages)**

8

RECEIVED
8/7/2023

# The Commonwealth of Massachusetts

Middlesex , ss.     Middlesex Superior Court Court

Docket No. 2381CV01823

Dan Howitt

    Plaintiff

v.

Harvard University

    Defendant

## Subpoena for Documents Only

To: Bill Meyer
1350 Massachusetts Avenue # 980
Cambridge, MA 02138

**You are hereby commanded**, in accordance with **M.R.C.P. Rule 45**, in the name of the Commonwealth of Massachusetts, to produce and permit inspection and copying of the following described documents to Dan Howitt, self represented litigant / attorney for the plaintiff/defendant, at the address of dth055@g.harvard.edu, and dhowitt@colgate.edu

on the see below  day of seen below , in the year 20 23

at _____ am / pm, in the action herein above.

Since I currently do not have a consistent postal-address the below should (a) be sent to my a addresses or (b) placed on a USB Drive that I can obtain at your office or the Harvard police o Police & Harvard University record/report/email/document/file/photograph/video/audio/court-fil -mail any other information of any kind, that in way relates to me, including all of the above the transmitted to the Harvard Police and Harvard University about me by all other sources, incluc University" I mean every person and department of the university. By "Harvard Police" I mean Harvard police department. Provide the above as soon as possible.

FW

*In order to allow objections to the production of documents to be filed, you should not produce them until the date specified in this subpoena, and if an objection is filed, until the court rules on the objection.*

Date Filed 8/7/2023 12:00 AM
Superior Court - Middlesex
Docket Number 2381CV01823

## A. Instructions

1. In responding to this subpoena, you are required to furnish all documents that are available to you, or that you may obtain by reasonable inquiry, including documents in the possession of your attorneys, accountants, advisors, or other persons directly or indirectly employed by, or connected with, you or your attorneys, or anyone else otherwise subject to your control. If you object to production of any document or category of documents, or any part of a document or category of documents, you are required to furnish the documents or categories of documents, or parts of documents or categories of documents to which you do not object.

2. The form or forms in which electronically stored information is to be produced is:
Electronic file to be emailed. Or USB Drive to be obtained by me from one of the above offices.

3. If you object to the production of any of the documents or parts of the documents described above, then, in order to assist the Court in ruling on your objection, with respect to each document that you do not produce:
(a) State the date and nature of the document;
(b) State the name of the person who wrote the document and, if it is a letter, the person to whom it was addressed;
(c) Describe the subject matter of the document;
(d) State the grounds of your objection; and
(e) State the name and business and residence address and telephone number of each person who has possession, custody, or control of the document.

## B. Definitions

1. "You" or "your" refers to Harvard police department & Harvard University and any of [his/her/its] agents, employees, or representatives.

2. "Person" refers to any entity, including but not limited to any natural person, partnership, corporation, company, trust, estate, joint venture, or association of persons.

3. "Document" refers to any form of data compilation whether produced, reproduced, or stored on paper or electronically. A "document" includes, but is not limited to, writings, drawings, graphs, charts, photographs, motion picture films, phonograph records, tape and video recordings, records, computer files, emails, spreadsheets, and shall also include, but not be limited to, any draft or copy (with or without notes of changes thereon) of a writing or document.

*Hereof fail not, as your failure to comply may deem you in contempt and may subject you to such penalties as the law provides.*

Dated this ___7th___ day of ___July___, in the year _2023_.

_____                               9-26-2024
Notary Public                                           My commission expires:

3

Date Filed 8/7/2023 12:00 AM
Superior Court - Middlesex
Docket Number 2381CV01823

# Return of Service

_____ ss.

**Middlesex Sheriff's Office** • 40 Brick Kiln Rd, Chelmsford, MA 01824 • 617-547-1171
**Middlesex, ss.**

July 20, 2023

I hereby certify and return that on 7/19/2023 at 1:14 PM I served a true and attested copy of the SUBPOENA FOR DOCUMENTS in this action in the following manner: : To wit, by delivering in hand to , agent, person in charge at the time of service for BILL MEYER, HARVARD UNIVERSITY 1350 MASSACHUSETTS AVENUE SUITE 980 CAMBRIDGE, MA 02138 . Served along with witness fee in the amount of $0.00. Fees: Attest ($5.00) Basic Service Fee ($30.00) Postage and Handling ($1.00) Travel ($5.76) Copies ($2.50) Conveyance ($4.50) Total: $48.76

Deputy Sheriff Richard Moran

_____
Signature

_____
Print name