UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1:23CV11793MJJ

_____

Dan Howitt,

                Plaintiff,

v

Harvard University,
Harvard University Police Department,
James Lawson,
Daniel Twomey,
Francis Riley,
Kevin Regan,
Charles Chalmers,
James Pignone,
Charles Hanson,
Victor Clay,
John Fulkerson,
Harvard University General Counsel,
Robert Iuliano,
Barbara Fees,
John O'Connor,
Kate Upatham,

                Defendants.

_____

**NOTICE ABOUT LOCAL RULE 7.1(A)(2)**

      In my recent four filings, I mistakenly did not include a certification of compliance about this rule.  Over many months, via thousands of words of emails, I have discussed all of the matters that I discuss in my recent four filings, namely:

- motion to set-aside settlement agreement
- motion to recuse attorney steve maurello
- motion to file amend complaint
- amended complaint

I asked Mr. Marullo over the last two full weeks to discuss with the defendant's attorney all of the matters that I present in these four filings, except my motion to recuse.

      I would therefore like to provide the following certification for those four filings:

      **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**
      I certify that I provided the defendant via their attorney Bill Fick, and attorney Steve Marullo, an
      opportunity to resolve or narrow the issues presented in my recent four filings.

Submitted by,

*[signature]*

Dan Howitt, 11/30/24

**CERTIFICATE OF SERVICE**
I served this document today to defendants' attorney William Fick wfick@fickmarx.com.

*[signature]*

Dan Howitt, 11/30/24

1