UNITED STATES DISTRICT COURT  |  DISTRICT OF MASSACHUSETTS

Dan Howitt,
                    Plaintiff,                                                                    1:23CV11793MJJ
v
Harvard University, et al,
                    Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO REASSERT, AS CIVIL CLAIMS, THE VIOLATIONS OF ONE FEDERAL CRIMINAL STATUTE THAT ARE PRESENTED IN PLAINTIFF'S CURRENT OPERATIVE AMENDED COMPLAINT (#92)**

**INDEX:**

Decision Invoked:  *Thompson v Clark*, 596 U.S. 36 (2022)

1           I have been collaborating with a different pro se clinic, and a pro bono attorney, about some general issues, and was advised to research the following issues, and to state:

(a) I should have provided a better explanation for why, in my Document 92 (which is technically still my Operative Amended Complaint per the court's Document 112, pending my below discussed Document 166-1), I raise many causes of action, about many of the defendant's police officers, regarding violations of a federal criminal statute, namely 18 USC s1513(e);

(b) Whereas, in my Causes Of Action section of the aforementioned Document 92, I ask the court, regarding my criminal claims, for "general damages" and "punitive damages", I mistakenly (per FRCP 60(b)) requested that the court prosecute my criminal claims;

(c) I understand that private citizens cannot request this;

(d) I should have instead focused only the civil relevance of my criminal claims;

(e) *Thompson v Clark*, 596 U.S. 36 (2022):  Victims of federal crime can sue in federal civil court for monetary damages regardless of whether a criminal case was ever filed, or ever will be filed, and (if one was filed) regardless of whether the perpetrator(s) were convicted, or acquitted, or if the charge(s) were withdrawn;

(f) Criminal cases require proof "beyond a reasonable doubt", but civil cases only require a "preponderance of the evidence" (meaning whether it is more likely than not that the criminal violation(s) occurred).

2           A multitude of my core civil claims, in my aforementioned Document 92, are about the aforementioned criminal violations of 18 USC s1513(e) by a multitude of police officers of the defendant, which is the following; and the aforementioned *Thompson v Clark*, 596 U.S. 36 (2022) is particularly relevant to that.

"Retaliating against a witness, victim, or an informant

(e) Whoever knowingly, with the intent to retaliate, takes any action harmful to any person, including interference with the lawful employment or livelihood of any person, for providing to a law-enforcement officer any truthful information relating to the commission or possible commission of any Federal offense, shall be fined under this title or imprisoned not more than 10 years, or both."

3        Regarding the statute of limitations time period that the court allowed, there were a multitude of violations of the aforementioned 18 USC s1513(e) during that time period.  And since I was told to appeal the court's declining of my motion for equitable tolling, there could be a multitude of additional violations of that statute.

4        Regarding my 52 page aforementioned Document 92, in my 9 page Document 166-1 I revise the Causes Of Action section of it (Page 15-51) to 9 pages, and I did this to (a) improve my complaint, and (b) per the court's, and defendant's, statements that its Causes Of Action section is difficult if not impossible to properly respond to, and does not conform to FRCP 8.  My aforementioned Document 166-1 conforms to FRCP 8.

5        I ask for leave to amend my aforementioned Document 166-1 (in Document 166 I ask the court if could amend my aforementioned Document 92 to replace the aforementioned Page 15-51 with the 9 pages of Document 166-1) to include my civil claims about the violations of 18 USC s1513(e).  Likely this would entail an additional 2-3 pages.

6        I understand the court's Document 137 decision to dismiss my above discussed mistaken request for the court to prosecute my criminal claims.  What I ask above in 1-5 is formally different.

Submitted by,

Dan Howitt, 3/25/26

CERTIFICATE OF SERVICE AND LOCAL RULE 7.1 COMPLIANCE:  I served this document today to the defendants' attorneys via efile. On 3/22/26, I left the defendant's attorney Bill Fick an extensive voicemail in which I present this Motion, and asked him if he could provide me with a reply by email or telephone, and as of 3/25/26 at approximately 5:00am he has not replied. His prior replies were that he thinks that it is not proper for me to file motions while the case is stayed for my two interlocutory order appeals.