**UNITED STATES DISTRICT COURT  |  DISTRICT OF MASSACHUSETTS**

Dan Howitt,
   Plaintiff,              1:23CV11793MJJ

v

Harvard University, et al,
    Defendants.

**PLAINTIFF'S MOTION FOR THE COURT TO PROVIDE AN ORDER AND MEMORANDUM ABOUT MY DOCUMENTS 69, 70, 71**

   I am sorry to do yet another filing, but I would like to progress with my case, especially due to ongoing medical treatment, rather than keep enduring month after month, turning now into nearly 3 full years. Could the court provide orders and memoranda about my Documents 69, 70, 71, such as,

(a) an Order about whether the court will accept my revised Causes Of Action section, and, the claims that the court will grant as being legitimate claims,

(b) an Order about whether I can re-present, for its civil relevance, the criminal statute that I discuss, or whether the court will accept my current presentation of this, and provide an Order about whether the court will grant those claims as being legitimate claims,

(c) an Order on my motion to revise my Motion For Equitable tolling in the way that I discuss.

   Could the court then, as it did in 2023, arrange for a mediation counsel to represent me, and for a mediation?

   Could the court reply to this Motion by the end of the day today?

Submitted by,

*[signature]*

Dan Howitt, 4/3/26

CERTIFICATE OF SERVICE AND LOCAL RULE 7.1 COMPLIANCE:  I served this document today to the defendants' attorneys via efile. They have stated to me that they oppose any motions while I have two interlocutory appeals (which have been occurring for 7 full months with essentially no action, despite my two motions of 2+ months ago at appeals court to expedite, which have also not been ruled on).