# United States Court of Appeals
## For the First Circuit

No. 25-1849

DAN HOWITT,

Plaintiff - Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE; HARVARD UNIVERSITY; HARVARD UNIVERSITY POLICE DEPARTMENT; JAMES LAWSON; DANIEL TWOMEY; FRANCIS RILEY; KEVIN REGAN; CHARLES CHALMERS; JAMES PIGNONE; CHARLES HANSON; VICTOR CLAY; JOHN FULKERSON; HARVARD UNIVERSITY GENERAL COUNSEL; ROBERT IULIANO; BARBARA FEES; LEANNE GIANNINO; JOHN O'CONNOR; KATE UPATHAM; JOHN DOE 1,

Defendants - Appellees,

LEANNE; BLONDIE CASSELL; STEVE FUMICELLO; WILMON CHIPMAN; STEVEN CATALANO; DREW FAUST; LAWRENCE BACOW; KATIE LAPP; ROBERT NEUGENBOREN; MICHELE CLOPPER; RACHEL ANDERSON,

Defendants.

---

**MANDATE**

Entered: April 22, 2026

In accordance with the judgment of December 8, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Amy Barsky, William W. Fick, Dan Howitt, Daniel N. Marx