**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 1:23-cv-11793-MJJ

DAN HOWITT,

Plaintiff,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant.

**PLAINTIFF'S UNILATERAL STATUS REPORT**

Pursuant to the Court's direction at the September 28, 2026 status conference, Plaintiff Dan Howitt respectfully submits this unilateral status report regarding the status of settlement/potential mediation. Plaintiff submits this report unilaterally because, notwithstanding Plaintiff's good-faith efforts to confer and to file a joint report, defense counsel has not responded to Plaintiff's proposed joint status report as of the date of this filing.

1. Immediately following the September 28, 2026 status conference, Plaintiff's counsel conferred with defense counsel via Zoom, and the parties engaged in good-faith communications geared towards a potential resolution of this matter.
2. At defense counsel's request, Plaintiff prepared an itemization of Plaintiff's claimed damages under M.G.L. c. 272, § 98 for and submitted it in the form of a settlement demand for the Defendant's review and consideration. Plaintiff transmitted that itemization of damages/settlement demand to defense counsel on October 9, 2026.
3. Also on October 9, 2026, Plaintiff transmitted to defense counsel a proposed joint status report and requested that defense counsel review and, if its terms were agreeable, to sign and return it, or, in the alternative, advise Plaintiff of any objection so that Plaintiff could

prepare a unilateral report. As of the date of this filing, defense counsel has not responded.

4. Plaintiff recognizes that Defendant may require a reasonable period of additional time to review Plaintiff's settlement demand/itemization of damages with its client before responding.
5. Plaintiff's position on mediation: Plaintiff requests that this matter be referred to mediation and proposes that the parties jointly request a referral to a United States Magistrate Judge for mediation, or, in the alternative, that the parties engage a mutually agreeable private mediator, with a representative of Defendant possessing full settlement authority to participate.
6. Defendant's position on mediation: Defendant's position is presently unknown to the Plaintiff.
7. Plaintiff notes that his appeal remains pending before the United States Court of Appeals for the First Circuit. Any global resolution of this matter would encompass the pending appeal.
8. Proposed next steps: To allow Defense counsel additional time to review Plaintiff's settlement demand/itemization of damages with their client and decide whether or not they wish to mediate. Plaintiff respectfully requests that the parties be permitted to file a further status report on or before October 29, 2026, at which time the parties will advise the Court whether they have reached a resolution, wish to proceed with mediation, or require the Court's further involvement.

Respectfully Submitted,
**MR. DAN HOWITT**
By his attorney:

/s/ Asaf J. Sarno

Sarno Legal, PLLC
By: Asaf J. Sarno
BBO #: 569304
345 Neponset St., Suite 500
Canton, MA 02021
P: 781-776-3100
F: 781-776-3114
E: asarno@sarnolegal.com

Dated: October 15, 2026

Dated: October 14, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2025, this document, filed through the CM/ECF system, was served via email to the following:

William W. Fick, Esq.
Amy Barsky, Esq.
Daniel N. Marx, Esq.
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
P: 857-321-8360
E: wfick@fickmarx.com

/s/ Asaf J. Sarno

Asaf J. Sarno