**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DAN HOWITT,
*Plaintiff*,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,
*Defendant*.

No. 1:23-cv-11793-MJJ

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated October 16, 2026 [ECF 180], the parties state that they have nothing further to report at this time.

Respectfully submitted,

**DAN HOWITT**

By his attorney,

*/s/ Asaf J. Sarno*
Asaf J. Sarno (BBO# 569304)
SARNO LEGAL, PLLC
345 Neponset St., Suite 500
Canton, MA 02021
(781) 776-3100
asarno@sarnolegal.com

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

By its attorneys,

*/s/ William W. Fick*
William W. Fick (BBO #650562)
Daniel N. Marx (BBO#674523)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
wfick@fickmarx.com
dmarx@fickmarx.com
abarsky@fickmarx.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 29, 2026.

*/s/ William Fick*